UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GRIFFIS and AMANDA GRIFFIS,<br><br>Defendants. | CIVIL ACTION NO. 3:23-cv-00741<br><br>Judge Trauger<br>Mag. Judge Frensley |

## PLAINTIFF'S MOTION FOR ENTRY OF CONSENT ORDER

Plaintiff Commodity Futures Trading Commission ("Plaintiff") respectfully moves this Court to enter the attached Consent Order for Permanent Injunction, Civil Monetary Penalties, and Other Statutory and Equitable Relief Against Defendants Michael Griffis and Amanda Griffis ("Consent Order"), which is submitted to the Court with this motion.

The Consent Order, fully executed by Plaintiff, Defendant Michael Griffis, and Defendant Amanda Griffis (collectively, "the Parties"), contains the terms of settlement negotiated and agreed to by the Parties at mediation on March 5, 2025 (Dkt. 35) and consists of, among other things, injunctive relief, disgorgement, and restitution, thus effecting settlement of all charges alleged in the Complaint against Defendants (Dkt. 1).

1

WHEREFORE, Plaintiff respectfully requests that the Court enter the Consent Order to resolve and conclude this case.

Dated: September 10, 2025

Respectfully submitted:

/s/ Rachel Hayes
Rachel Hayes (MO Bar #48713)
Commodity Futures Trading Commission
2600 Grand Boulevard, Suite 210
Kansas City, Missouri 64108
Telephone: (816) 960-7700
Facsimile: (816) 960-7751
rhayes@cftc.gov

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September 2025, I filed the foregoing document with the Court's CM/ECF system, which provided a copy of the foregoing to all attorneys of record in this case.

I hereby certify that on this 10th day of September 2025, I caused the foregoing document to be sent to the following individuals using the following email addresses:

    Mike.griffis23@gmail.com
    Mandy.griffis2@icloud.com

and by U.S. Main to:

    Michael Griffis
    2791 Cascade Drive
    Clarksville, TN 37042

    Amanda Griffis
    2791 Cascade Drive
    Clarksville, TN 37042

    Respectfully submitted,

    */s/* Rachel Hayes
    Rachel Hayes
    Attorney for Plaintiff